

# MEMORANDUM OPINION

No. 04-08-00889-CV

**IN RE CONSTITUTION LIFE INSURANCE COMPANY** and
American Exchange Life Insurance Company

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:   January 28, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On December 4, 2008, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-09406, styled *Elizabeth Scheid v. Constitution Life Insurance Company and American Exchange Life Insurance Company*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Michael Peden presiding.